UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE BALDWIN,<br><br>Plaintiff,<br><br>v.<br><br>M. ATCHLEY, et al.,<br><br>Defendants. | Case No. 20-0676-BLF (PR)<br><br>**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 10) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of Salinas Valley State Prison ("SVSP") and officers at the Del Norte County Sheriff's Office. After an initial screening on June 3, 2020, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct several deficiencies. Dkt. No. 9. An amended complaint was due within twenty-eight days from the date the order was filed, *i.e.*, no later than July 1, 2020. *Id.* at 10.

Plaintiff has filed a motion for an extension of time of 90 days to file an amended complaint due to Covid-19, which has resulted in limited access to the library. Dkt. No. 10. Having shown good cause, Plaintiff's motion is **GRANTED IN PART**. Plaintiff shall be granted an extension of **(45) days from the original deadline of July 1, 2020, such that his amended complaint is due no later than, August 15, 2020**. If he finds at that

time that he cannot meet the new deadline, Plaintiff may then request additional time with a showing of good cause.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

Dated: __**June 29, 2020**_____

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

Order Granting M. for Ext. of Time to File Am. Compl.
PRO-SE\BLF\CR.20\0676.Baldwin_eot-ac

2