UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEE BALDWIN,<br>　　　　Plaintiff,<br>　　v.<br>DR. L. GAMBOA, et al.,<br>　　　　Defendants. | Case No. 20-00676 BLF (PR)<br>**ORDER OF DISMISSAL** |

　　Plaintiff, a California state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On January 25, 2021, mail sent to Plaintiff was returned as undeliverable and the words "RTS - paroled" written on the envelope. Dkt. No. 14 at 63. To date, Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

　　Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* Civ. L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: __April 1, 2021_____

BETH LABSON FREEMAN
United States District Judge