UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LEE BALDWIN,

Plaintiff,

v.

DR. L. GAMBOA, et. al.,

Defendants.

Case No. 20-00676 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is dismissed without prejudice. Judgment is entered accordingly. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __April 1, 2021____

BETH LABSON FREEMAN
United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\4ZS1TS3R\00676.Baldwin_jud.docx